FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria DIVISION

2021 AUG 12 P 4: 34

JONATHAN DAWKINS,
an individual                  )
                               )
                               )
    Plaintiff(s),              )
                               )
v.                             )        Civil Action No.: 1:21-CV-00920-RDA-TCB
                               )        (To be assigned by Clerk of District Court)
CINTAS CORPORATION             )
ROBERT CAVE, an individual.    )
                               )
    Defendant(s).              )
(Enter the full name(s) of ALL parties in this lawsuit.  )
Please attach additional sheets if necessary).          )

## COMPLAINT

### PARTIES

1. **List all Plaintiffs.**  State the full name of the Plaintiff, address and telephone number. Do the same for any additional Plaintiffs.

    a. **Plaintiff No. 1**

        **Name:** Jonathan Dawkins

        **Address:** 3929 Pennsylvania Ave. S.E. Was. DC 20020

        **Telephone Number:** (202) 581-1051

    b. **Plaintiff No. 2**

        **Name:** _____

        **Address:** _____

        **Telephone Number:** _____

2. List all Defendants. State the full name of the Defendant, even if that Defendant is a government agency, an organization, a corporation, or an individual. Include the address where each Defendant may be served. Make sure that the Defendant(s) listed below are identical to those contained in the above caption of the complaint.

a. Defendant No. 1

Name: _Cintas Corporation_

Address: _6313 Gravel Ave, Alexandria, VA 22310_

b. Defendant No. 2

Name: _Robert Cave_

Address: _6313 Gravel Ave, Alexandria, VA 22310_

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:** ☒
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.c., 2.d., etc.).**

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case. Federal courts also have jurisdiction over cases where the United States is a Defendant.

3. What is the basis for federal court jurisdiction?

☐ Federal Question        ☑ Diversity of Citizenship        ☐ Government Defendant

4. If the basis for jurisdiction is Federal Question, which Federal Constitution, statutory or treaty right is at issue? List all that apply.

_____

_____

Additional Defendants

2. C. Defendant No. 3

Name: Hannah Lyons

Address: 6313 Gravel Ave., Alexandria, VA 22310

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

Plaintiff No. 1: _Jonathan Dawkins_ State of Citizenship: _Washington, DC_

Plaintiff No. 2: _____ State of Citizenship: _____

Defendant No. 1: _Cintas Corporation_ State of Citizenship: _Alexandria, VA_

Defendant No. 2: _Robert Cave_ State of Citizenship: _Alexandria, VA_

**Attach additional sheets of paper as necessary and label this information as paragraph 5. Check here if additional sheets of paper are attached. ☑**

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Do not give any legal arguments or cite cases or statutes. Each paragraph must be numbered separately, beginning with number 6. Please write each single set of circumstances in a separately numbered paragraph.

6. On June 25th, 2020 Jonathan Dawkins (Plaintiff) was suspended by Cintas Corporation manager Robert Cave and Human Resources Representative Hannah Lyons for allegations of employee misconduct. Mr. Dawkins stated Ms. Lyons and Mr. Cave that he had not performed any misconduct. On July 10th 2020, Mr. Dawkins was informed by Ms. Lyons that the Cintas Corporation would be terminating Mr. Dawkins employment with the company due to misconduct.

*Paragraph*

5. Defendant No. 3: <u>Hannah Lyons</u>

State of Citizenship: <u>Alexandria, VA</u>

Mr. Dawkins requested the evidence used to determine proof of misconduct from Human Resources and was never given any evidence or reason for termination of his employment. In April of 2020 Mr. Dawkins submitted a charge of discrimination through the EEOC against the Cintas Corporation. On May 14th 2021 Mr. Dawkins received a letter from the EEOC informing him of his right to sue.

**Attach additional sheets of paper as necessary and label them as Additional Facts and continue to number the paragraphs consecutively.  Check here if additional sheets of paper are attached.** ☐

REQUEST FOR RELIEF

**State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.**

Mr. Dawkins is seeking relief in the amount $100,000.00 and re employment with the Cintu Corporation.

**DEMAND FOR JURY TRIAL:** ☑YES          ☐NO

Signed this _12th_ day of _August_, _2021_.

Signature of Plaintiff No. 1 _____

Signature of Plaintiff No. 2 _____

**NOTE:  All Plaintiffs named in the caption of the complaint must date and sign the complaint. Attach additional sheets of paper as necessary.**

Jonathan Dawkins

Address    - 3929 Pennsylvania Ave Southeast

Washington DC  20020

Phone Number - (202) 286-5131

Email    - Jonathan.Dawkins @ Yahoo.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRIGINIA**
_Alexandria_ **DIVISION**

JONATHAN DAWKINS
Plaintiff(s),

v.

Cintas Corporation et al
Defendant(s).

Civil Action Number: 1:21-CV-00920-RDA-TCB

## LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of Complaint .
(Title of Document)

Jonathan Dawkins
Name of *Pro Se* Party (Print or Type)

Signature of *Pro Se* Party

Executed on: _____ (Date)

**OR**

The following attorney(s) prepared or assisted me in preparation of _____.
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)